**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


___**JASON RONALD MULLEN**___
                           **Plaintiff**

      **V.**

_____**HAMEED et al**_____
                           **Defendant**

**CIVIL ACTION**

**NO.** __**1:19-10271-WGY**___


<u>**JUDGMENT**</u>

__**YOUNG, D. J.**__

      In accordance with the Court's Order dated December 22, 2020 granting defendants' motion for summary judgment in the above-entitled   action, it is hereby ORDERED:

          Judgment for the defendants.


                **By the Court,**


__**December 22, 2020**_____          __ /s/ Jennifer Gaudet_____
**Date**                                          **Deputy Clerk**